**Electronically Filed**
**Supreme Court**
**SCWC-16-0000890**
**31-MAR-2022**
**02:49 PM**
**Dkt. 92 OGMR**

SCWC-16-0000890 and SCWC-17-0000216

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

PRUDENTIAL LOCATIONS, LLC,
Respondent/Plaintiff-Appellant,

vs.

LORNA GAGNON and PRESTIGE REALTY
GROUP LIMITED LIABILITY COMPANY,
Petitioners/Defendants/Cross-Claim Defendants-Appellees,

and

RE/MAX LLC and LORRAINE CLAWSON,
Respondents/Defendants/Cross-Claimants/
Third-Party Plaintiffs-Appellees,

and

KEVIN TENGAN,
Respondent/Third-Party Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000890 & CAAP-17-0000216; CIV. NO. 13-1-2328)

ORDER GRANTING APPELLEES LORNA GAGNON AND PRESTIGE REALTY GROUP
LIMITED LIAB[I]LITY COMPANY'S MOTION FOR CLARIFICATION OF THE
OPINION OF THE COURT BY MCKENNA, J., FILED ON FEBRUARY 17, 2022
(By: McKenna, Wilson, JJ., and Circuit Judge Morikawa)

Upon consideration of Appellees Lorna Gagnon and Prestige

Realty Group Limited Liab[i]lity Company's Motion for

Clarification of the Opinion of the Court by McKenna, J., filed

on February 17, 2022, filed February 28, 2022 (the "motion"), and the attachments thereto;

IT IS HEREBY ORDERED that the motion is granted and an amended opinion changing only the final paragraph of the opinion shall issue.

DATED: Honolulu, Hawaiʻi, March 31, 2022.

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Trish K. Morikawa





2